UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JUDE DOE, *individually and as parent and guardian of her daughter*, JANE DOE; a*nd* JOHN ROE*, individually and as parent and guardian of his daughter*, JOAN ROE,

                      Plaintiffs,

             -against-

WINSTON NGUYEN; SAINT ANN'S SCHOOL; VINCENT TOMPKINS; KENYATTE REID; MELISSA KANTOR; and MAUREEN YUSUF-MORALES, i*n their individual capacities and in their capacities as officers of Saint Ann's School*,

                      Defendants.
------------------------------------------------------------ X

**ORDER**
26-CV-507 (SDE)

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

    Plaintiffs' motion to proceed in this action anonymously under pseudonyms is GRANTED. If any Defendants wish to file an objection to the continued use of a pseudonym, they shall file their objection(s) no later than two weeks from the date they enter their appearance.

    Plaintiffs are directed to provide counsel for any Defendant with a copy of this Order.

    **SO ORDERED.**

Dated: Brooklyn, New York
       January 30, 2026

                                        /S/ *SETH D. EICHENHOLTZ*
                                        SETH D. EICHENHOLTZ
                                        United States Magistrate Judge
                                        Eastern District of New York