# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY DOE,<br>    individually and as parent and guardian of her daughter, JANE DOE, and,<br>JOHN ROE,<br>    individually and as parent and guardian of his daughter, JOAN ROE,<br><br>              Plaintiffs,<br><br>vs.<br><br>WINSTON NGUYEN;<br>SAINT ANN'S SCHOOL;<br>VINCENT TOMPKINS, KENYATTE REID, MELISSA KANTOR, and MAUREEN YUSUF-MORALES<br>    in their individual capacities and in their capacities as officers of Saint Ann's School.<br><br>              Defendants. | CIVIL ACTION<br><br>NO.: 1:26-cv-00507<br><br>**APPEARANCE OF COUNSEL** |

**TO:** THE CLERK OF COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears in this action as counsel for Defendant(s), Saint Ann's School, Vincent Tompkins, Kenyatte Reid, Melissa Kantor, and Maureen Yusuf-Morales. All pleadings and papers should be served upon the undersigned at the office and post office address set forth below. The undersigned attorney certifies that she is admitted to practice in this Court.

Dated: February 25, 2026
      White Plains, New York

                                                      **CHARTWELL LAW**

                                                    By: _____
                                                          Carmen A. Nicolaou, Esq.
                                                140 Grand Street, Suite 900
                                                White Plains, New York 10601
                                                Phone: (914) 259-8505
                                                Email: cnicolaou@chartwelllaw.com

*Attorneys for Defendants*
**Saint Ann's School, Vincent Tompkins, Kenyatte Reid, Melissa Kantor, and Maureen Yusuf-Morales**