UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY DOE,<br>    individually and as parent and guardian of her daughter, JANE DOE, and,<br>JOHN ROE,<br>    individually and as parent and guardian of his daughter, JOAN ROE,<br><br>                    Plaintiffs,<br>vs.<br><br>WINSTON NGUYEN;<br>SAINT ANN'S SCHOOL; VINCENT TOMPKINS, KENYATTE REID, MELISSA KANTOR, and MAUREEN YUSUF-MORALES<br>    in their individual capacities and in their capacities as officers of Saint Ann's School.<br><br>                    Defendants. | CIVIL ACTION<br><br>NO.: 1:26-cv-00507<br><br>**STIPULATION** |

**TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD**

    **IT IS HEREBY STIPULATED AND AGREED**, that the Defendants', Saint Ann's School, Vincent Tompkins, Kenyatte Reid, Melissa Kantor, and Maureen Yusuf-Morales, time to answer, move, or otherwise respond to Plaintiffs' Complaint is hereby extended, on consent, to April 30, 2026.

    **IT IS FURTHER STIPULATED AND AGREED**, that any opposition papers are to be filed within thirty (30) days of filing, on or before May 29, 2026, and reply papers are to be filed within fourteen (14) days of the date of filing.

Dated: March 2, 2026
        White Plains, New York

| | |
|---|---|
| **PERRY LAW**<br><br>By: _____<br>Joshua Perry, Esq.<br>445 Park Avenue, 7th Floor<br>New York, New York 10022<br>Phone: (212) 251-2619<br>Email: jperry@danyaperrylaw.com<br><br>*Attorneys for Plaintiffs*<br>**Judy Doe and John Roe** | **CHARTWELL LAW**<br><br>By: _____<br>Haylei P. Peart, Esq.<br>140 Grand Street, Suite 900<br>White Plains, New York 10601<br>Phone: (914) 334-7787<br>Email: hpeart@chartwelllaw.com<br><br>*Attorneys for Defendants*<br>**Saint Ann's School, Vincent Tompkins, Kenyatte Reid, Melissa Kantor, and Maureen Yusuf-Morales** |