

**HAYLEI P. PEART, ESQ.**
Direct: (914) 334-7787
hpeart@chartwelllaw.com

**CARMEN A. NICOLAOU, ESQ.**
Direct: (914) 259-8505
cnicolaou@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (914) 206-3872

March 3, 2026

*ELECTRONICALLY FILED*
United States District Court
for the New York Eastern District
ATTN: Clerk of Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Judy Doe, et al v. Winston Nguyen, et al.**
**Docket No.: 1:26-cv-00507-SDE**

To Whom It May Concern:

As you know, our office represents the Defendants, Saint Ann's School, Melissa Kantor, Kenyatte Reid, Maureen Yusuf-Morales, and Vincent Tompkins in the above referenced action. In accordance with Administrative Order No. 2025-14, please accept this correspondence as notice of Defendants' intent to file a motion to dismiss pursuant to FRCP Rule 12(b).

The undersigned will file a pre-motion letter or the motion in accordance with the Individual Practices of the assigned District Judge as set forth in Admin. Order No. 2025-14(4). In the interim, Plaintiffs' counsel has consented to extend the appearing defendants' time to answer or file the intended motion to April 30, 2026 to allow time for the assignment. Defendants Kantor and Yusuf-Morales answer is due on March 6, 2026, while the Defendant Saint Ann's School and Defendant Reid's deadline to answer the Complaint is March 12, 2026. *See* Docket No. 11. Accordingly, this notice of intent is timely. Defendant Winston Nguyen has not yet appeared in this action and, upon information and belief, has not been served to date.

Thank you for your attention to this matter. Please do not hesitate to contact the undersigned should the Court have any questions or concerns or require any additional information.

Very truly yours,

**CHARTWELL LAW**

By: ______________________________
**HAYLEI P. PEART, ESQ.**

HPP/

cc:

**E. DANYA PERRY PLLC D/B/A PERRY LAW**
ATTN: Brittany Hanke, Victoria Recalde, Joshua Perry
*Attorneys for Plaintiffs*
445 Park Avenue, 7th Floor
New York, New York 10022
(212) 213-3070
bhanke@danyaperrylaw.com
tfeldman@danyaperrylaw.com
jperry@danyaperrylaw.com