

**HAYLEI P. PEART, ESQ.**
Direct: (914) 334-7787
hpeart@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (212) 968-2400

May 5, 2026

***VIA ECF***

Hon. Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

|  |  |  |
|---|---|---|
| Re: | Doe v. Nguyen, et al. | |
| | Docket No. : 1:26-cv-00507-OEM-SDE | |
| | Our File No. : 5313.0117066 | |

Dear Magistrate Judge Eichenholtz:

This office represents defendants Vincent Tompkins, Kenyatte Reid, Melissa Kantor, Maureen Yusuf-Morales and Saint Ann's School in the above referenced case. We write to request that the Initial Conference, presently scheduled for May 12, 2026, be adjourned and discovery stayed pending a decision on Defendants' motion to dismiss. The undersigned notes that this is the first request for a stay of discovery and that Plaintiffs' counsel has consented to same. The parties have agreed to confer, no later than one week following the resolution of the Motion to Dismiss, to set a new discovery plan.

Pursuant to the scheduling order issued on April 30, 2026, Defendants' motion is presently due June 1, 2026. Plaintiffs' opposition, and any reply, are due on July 1, 2026 and July 15, 2026, respectively. As such, Defendants respectfully submit that the time for the parties to enter into a Discovery Plan and Proposed Scheduling Order should be extended to allow for the anticipated motion practice to be completed.

Thank you for your time and attention to this request.

Very truly yours,
**CHARTWELL LAW**

By: _____
    **HAYLEI P. PEART, ESQ.**

HP/

cc:     All parties via PACER

1