**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY DOE,<br>     individually and as parent and guardian of<br>     her daughter, JANE DOE, and<br>JOHN ROE,<br>     individually and as parent and guardian of<br>     his daughter, JOAN ROE,<br>         *Plaintiffs*,<br><br>        v.<br><br>WINSTON NGUYEN;<br>SAINT ANN'S SCHOOL;<br>VINCENT TOMPKINS, KENYATTE REID,<br>MELISSA KANTOR, and MAUREEN<br>YUSUF-MORALES<br>     in their individual capacities and in their<br>     capacities as officers of Saint Ann's School.<br>         *Defendants*. | Case No. 1:26-cv-00507-OEM-SDE<br><br><br><br><br>**STIPULATION** |

**TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD**

     **IT IS HEREBY STIPULATED AND AGREED**, that Count Nine, Vicarious Liability/Respondeat Superior Liability, in the above-captioned action is voluntarily dismissed, without prejudice, against defendants Saint Ann's School, Vincent Tompkins, Kenyatte Reid, MelissaKantor, and Maureen Yusuf-Morales.

Dated: May 13, 2026

| | |
|---|---|
| **PERRY LAW** | **CHARTWELL LAW** |
| By: _____ | By: _____ |
| Joshua Perry, Esq.<br>445 Park Avenue, 7th Floor<br>New York, New York, 10022<br>Phone: (212) 251-2619<br>Email: jperry@danyaperrylaw.com | Haylei P. Peart, Esq.<br>140 Grand Street, Suite 900<br>White Plains, New York, 10601<br>Phone: (914) 334-7787<br>Email: hpeart@chartwelllaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |