

**HAYLEI P. PEART, ESQ.**
Direct: (914) 334-7787
hpeart@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (212) 968-2400

June 1, 2026

***VIA PACER***
The Honorable Orelia E. Merchant
United States District Court for the
Eastern District of New York

 Re: Doe v. Nguyen, et al.
 Docket No. : 1:26-cv-00507-OEM-SDE

Dear Honorable Judge Merchant:

This office represents defendants Vincent Tompkins, Kenyatte Reid, Melissa Kantor, Maureen Yusuf-Morales and Saint Ann's School (collectively "Saint Ann's Defendants") in the above referenced case. Please allow this correspondence to serve as written confirmation of service of the Saint Ann's Defendants' 12(b)(6) motion to dismiss to plaintiff's counsel via electronic mail. Defendants shall file the fully briefed motion on the docket on or by July 15, 2026, in accordance with your Honor's Order dated April 30, 2026.

 Very truly yours,

 **CHARTWELL LAW**


 By: __/s/ Haylei P. Peart_____
 **HAYLEI P. PEART, ESQ.**

HPP/

cc: All parties via PACER