JUDY DOE,
       individually and as parent and guardian of
       her daughter, JANE DOE, and
JOHN ROE,
       individually and as parent and guardian of
       his daughter, JOAN ROE,
          *Plaintiffs,*

          v.

WINSTON NGUYEN;
SAINT ANN'S SCHOOL;
VINCENT TOMPKINS, KENYATTE REID,
MELISSA KANTOR, and MAUREEN
YUSUF-MORALES
       in their individual capacities and in their
       capacities as officers of Saint Ann's School.
          *Defendants.*

Case No. 26-cv-00507-OEM-SDE

**PROOF OF SERVICE**

The documents included in the below table for Winston Nguyen were received by me on the following date: _5\21\26_ . I personally served the documents on Winston Nguyen at Fishkill Correctional Facility, 18 Strack Drive, Beacon, NY 12508 on the following date: _5\22\26_ .

I declare under penalty of perjury that this information is true.

**Signature:** _____

**Printed Name and Title:** _J. Blootimini_

**Server Address:** _Fishkill CF: 18 Strack Dr Beacon NY 12508_

**Date:** _5/22/2026_

1



BRITTANY HANKE
ASSOCIATE
913-669-2936 PHONE
bhanke@danyaperrylaw.com EMAIL

May 14, 2026

**Attention to: IRC Office**
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

Re:  **Request for Service of Additional Documents on Inmate Winston Nguyen (25B1843)**

To Whom it May Concern,

I write on behalf of Perry Law. Please accept this letter as a request that the enclosed documents be served on inmate Winston Nguyen (DIN #25B1843), who is currently in your custody. For ease of reference, I have included a table of contents below, which identifies all *5 documents* that must be served. Also enclosed is a proof of service form and a return envelope.

We understand that we previously sent you different sets of documents to serve on Mr. Nguyen in March, mid-April, and most recently on April 29, 2026 (date of cover letter). **However, the enclosed documents are entirely separate and constitute a new set of materials that must also be served.**

Once service is complete, please email a scanned copy of the enclosed proof of service form to bhanke@danyaperrylaw.com, and mail the original to our office at the following address using the enclosed stamped envelope:

ATTN: Torie Feldman/Ariella Mitchell
Perry Law
445 Park Avenue
Floor 7
New York, NY 10022

Please don't hesitate to email or call me at with any questions or concerns. Thank you for your assistance.

Respectfully submitted,

*/s/ Brittany Hanke*
Brittany Hanke



RECEIVED
FISHKILL CORRECTIONAL FACILITY

MAY 2 0 2026

INMATE RECORDS OFFICE

1



BRITTANY HANKE
ASSOCIATE
913-669-2936 PHONE
bhanke@danyaperrylaw.com EMAIL

## Table of Documents to be Served

| File # | Document Title |
|---|---|
| 1 | ORDER denying Request for Premotion Conference |
| 2 | Letter MOTION to Adjourn Conference by Melissa Kantor, Kenyatte Reid, Saint Ann's School, Vincent Tompkins, Maureen Yusuf-Morales. |
| 3 | ORDER: The Court will address the parties' joint motion to stay discovery at the initial conference |
| 4 | MINUTE ENTRY for Telephone Initial Conference proceeding held before MJ Eichenholtz |
| 5 | STIPULATION Dismissing Count 9 of Complaint by John Roe, Judy Doe |