

JOSHUA PERRY
Partner
212-251-2619 PHONE
jperry@danyaperrylaw.com EMAIL

July 1, 2026

VIA ECF
The Honorable Orelia E. Merchant
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6c South
Brooklyn, NY 11201

**Re:** *Judy Doe, et al., v. Winston Nguyen, et al.*, **1:26-CV-507-OEM-SDE**

Dear Judge Merchant,

Pursuant to your Order dated April 30, 2026, this letter confirms service of Plaintiffs' opposition to the Saint Ann's Defendants' (Saint Ann's School, Vincent Tompkins, Kenyatte Reid, Maureen Yusuf-Morales, and Melissa Kantor) 12(b)(6) motion to dismiss. Plaintiffs' opposition brief was served to Defendants' counsel via electronic email on July 1, 2026.

Respectfully submitted,

/s/
Joshua Perry
E. DANYA PERRY PLLC
445 Park Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 213-3070
jperry@danyaperrylaw.com

*Counsel for Plaintiffs*

cc: All counsel of record, via ECF