

**HAYLEI P. PEART, ESQ.**
Direct: (914) 334-7787
hpeart@chartwelllaw.com

**Reply To: White Plains Office**
140 Grand Street, Suite 900
White Plains, New York 10601
Phone: (914) 421-7777
Facsimile: (212) 968-2400

July 27, 2026

***VIA PACER***
The Honorable Orelia E. Merchant
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, New York 11201

      Re:    Doe v. Nguyen, et al.
              Docket No. : 1:26-cv-00507-OEM-SDE

Dear Honorable Judge Merchant:

This office represents defendants Vincent Tompkins, Kenyatte Reid, Melissa Kantor, Maureen Yusuf-Morales and Saint Ann's School (collectively "Saint Ann's Defendants") in the above referenced case. Please allow this correspondence to serve as written confirmation of service of two (2) courtesy copies of the fully briefed 12(b)(6) motion to dismiss filed on the docket on July 24, 2026, pursuant to your Honor's Individual Practices and Rules.

                    Very truly yours,

                    **CHARTWELL LAW**

                    By:   **/s/ Haylei P. Peart**
                          **HAYLEI P. PEART, ESQ.**

HPP/

cc:    All parties via PACER