

JOSHUA PERRY
Partner
212-251-2619 PHONE
jperry@danyaperrylaw.com EMAIL

July 28, 2026

VIA ECF

The Honorable Oriella Merchant
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6C South
Brooklyn, NY 11201

**Re:** *Judy Doe, et al. v. Winston Nguyen, et al.*, 1:26-cv-00507-OEM-SDE

Dear Judge Merchant,

I am counsel for Plaintiffs Judy Roe and Joan Roe ("Plaintiffs"). As the Court is aware, Defendants filed a motion to dismiss, which has been fully briefed. Dkts. 32-34. In light of the number and complexity of the legal issues raised by Defendants' motion and Plaintiffs' response, we respectfully submit that oral argument may be helpful to resolution of the motion. Plaintiffs respectfully request that the Court calendar the motion for argument at a time convenient for the Court.

We sought Defendants' position regarding this request. Defendants' counsel, Haylei Peart, states that, "[w]e will defer to the Court and will not object to [the] request for oral arguments."

cc: All counsel of record, via ECF

Respectfully submitted,

Joshua Perry
E. DANYA PERRY PLLC
445 Park Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 213-3070
jperry@danyaperrylaw.com

*Counsel for Plaintiffs*