**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY DOE,<br>individually and as parent and guardian of her daughter, JANE DOE, and<br>JOHN ROE,<br>individually and as parent and guardian of his daughter, JOAN ROE,<br>*Plaintiffs,*<br><br>v.<br><br>WINSTON NGUYEN;<br>SAINT ANN'S SCHOOL;<br>VINCENT TOMPKINS, KENYATTE REID, MELISSA KANTOR, and MAUREEN YUSUF-MORALES<br>in their individual capacities and in their capacities as officers of Saint Ann's School.<br>*Defendants.* | Case No. 26-cv-00507-OEM-SDE<br><br>**PROOF OF SERVICE** |

The documents included in the below table for Winston Nguyen were received by me on the following date: 8/27/26. I personally served the documents on Winston Nguyen at Fishkill Correctional Facility, 18 Strack Drive, Beacon, NY 12508 on the following date: 9/9/26.

I declare under penalty of perjury that this information is true.

**Signature:** [signature]

**Printed Name and Title:** P. Kirchner ORC

**Server Address:** Fishkill CF

**Date:** 9/9/26

**Table of Documents Served**

| Doc # | ECF # | Document Title |
|---|---|---|
| **1** | N/A | August 26, 2026 Docket Report |
| **2** | 35 | Letter *Confirming Service of Courtesy Copies* by Melissa Kantor, Kenyatte Reid, Saint Ann's School, Vincent Tompkins, Maureen Yusuf-Morales |
| **3** | 36 | Letter MOTION for Hearing / *Request for Oral Argument for Defendants' Motion to Dismiss the Complaint* by Judy Doe, Joan Roe. |
| **4** | 37 | AFFIDAVIT/AFFIRMATION *Service for Dkts No. 27-28, 30-34 served on Winston Nguyen on 8/05/2026* by Judy Doe, Joan Roe |